LAW OFFICES OF
# ALLEN A. KOLBER, ESQ.

134 ROUTE 59, SUITE A
SUFFERN, NEW YORK 10901
TELEPHONE:  (845) 918-1277
FACSIMILE:   (845) 369-1618
e-mail: aKolber@Kolberlegal.com
website: www.AllenKolber.com

March 2, 2020

**VIA ECF**

Clerk
U.S. Bankruptcy Court, SDNY
300 Quarropas Street
White Plains, NY 10601

   **Re:** **Debtor:  Shaje Wasserman**
      **Chapter 7**
      **U.S. Bankruptcy Court, SDNY – Case No. 20-22146(rdd)**

To Whom It May Concern:

 Please be advised that we wish to withdraw the Chapter 7 Means Test Calculation (ECF Docket #11) which was filed with the Court on March 1, 2018.

        Respectfully submitted,
        LAW OFFICES OF ALLEN A. KOLBER, ESQ.

        By:*/s/ Allen A. Kolber*
          Allen A. Kolber

AAK/sb